**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL ANTHONY THOMAS,<br>Plaintiff,<br>v.<br>MARTIN, et al.,<br>Defendants. | No. 2:24-CV-3287-DC-SCR-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.

The undersigned conducted a settlement conference in this matter on November 20, 2025, at which time a settlement was reached and placed on the record. See ECF No. 19 (minutes). The parties were directed to submit dispositional documents within 30 days and all other dates and deadlines in the case were vacated. See id. The undersigned retained jurisdiction to enforce the terms of the settlement. See id. A stipulation for voluntary dismissal was filed on December 30, 2025, and this case has been closed.

On May 20, 2026, Plaintiff filed a letter with the Court indicating that settlement proceeds had not yet been deposited into his inmate trust account. See ECF No. 22. Defense counsel filed a response on July 2, 2026, indicating that the California Department of Corrections and Rehabilitation (CDCR) paid settlement proceeds on May 28, 2026. See ECF No. 23.

The undersigned conducted a settlement conference in another of Plaintiff's pending cases on July 28, 2026, at which time Plaintiff indicated that settlement proceeds from the above captioned matter still had not been deposited into his inmate trust account. If as CDCR advised the Court, the subject settlement proceeds were paid on May 28, 2026, it appears that there has been a problem with those proceeds being deposited into Plaintiff's account.

By this order the Court directs defense counsel to confirm in writing, on or before the close of business on August 5, 2026, that the subject settlement proceeds have been both paid and properly deposited into Plaintiff's inmate trust account, and to serve both Plaintiff and the Court with proof of the full and complete deposit of such funds. Absent the required showing, and a demonstration of good cause for any late payment, sanctions will be imposed for failure to arrange for appropriate payment of settlement proceeds to Plaintiff's inmate trust account.

IT IS SO ORDRED:

Dated: July 29, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE